Palatka Water Works, a Corporation, Plaintiff in Error, v. City of Palatka, a Municipal Corporation, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Putnam.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Axtell & Rinehart,* for Plaintiff in Error.

No appearance for Defendant in Error.

---

W. S. Wilkes, Plaintiff in Error, v. the State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Polk.

Writ of Error dismissed on motion of counsel for Plaintiff in error.

*Davis & Giles,* for Plaintiff in Error.

No appearance for the State.